UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DOMINIQUE COOPER, | § § | |
| Plaintiff, | § § | Case No. 7:19-cv-00085-O |
| v. | § § § | |
| CREDIT ACCEPTANCE CORPORATION, | § § § | |
| Defendant. | § | |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated November 6, 2020, Plaintiff Dominique Cooper and Defendant Credit Acceptance Corporation (collectively "the Parties") submit the instant status report:

The parties are currently litigating their dispute before the American Arbitration Association. The parties remain in communication and hope to resolve the dispute. In the event resolution is not reached, a hearing is likely to occur in or around March 2021.

RESPECTFULLY SUBMITTED,

KIMMEL & SILVERMAN, P.C.

By: */s/ Amy L.B. Ginsburg*
Amy LB. Ginsburg, Esq.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: aginsburg@creditlaw.com
*Attorneys for Plaintiff*

1
2
3
4
5
6  DATED: November 12, 2020
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

*/s/ Stephen W. King*
Stephen W. King
King & Murray
355 S. Old Woodward, Suite 100
Birmingham, MI 48009
Email: SKing@kingandmurray.com
*Attorney for Defendant*