IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **DOMINQUE COOPER,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:19-cv-00085-O |
| § | |
| **CREDIT ACCEPTANCE CORP.,** § | |
| § | |
| Defendant. § | |

# ORDER

On November 12, 2020, the parties filed a Joint Report Regarding Status of Arbitration in accordance with the Court's November 6, 2020, Order. *See* ECF Nos. 13-14. The parties informed the Court that "they are currently litigating their dispute before the American Arbitration Association[.]" ECF No. 14. Accordingly, the Court **DIRECTS** the clerk of court to administratively close this case pending completion of the arbitration.

**SO ORDERED** this **12th day** of **November, 2020.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE